IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    11-cv-01162-WYD-MJW

THREE STARS PRODUCTION COMPANY, LLC, an Oklahoma Limited Liability Company,

Plaintiff(s),

v.

BP AMERICA PRODUCTION COMPANY, f/k/a Amoco Production Company,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion to Defendant BP America Production Company to Vacate Scheduling Conference Set on August 24, 2011 (docket no. 17) is DENIED.  This court does not find good cause to continue the Rule 16 Scheduling Conference.  The mere fact that there is a pending Motion to Dismiss (docket no. 10) does not, in and of itself, constitute good cause.  It should be noted that the pending Motion to Dismiss (docket no. 10) is not seeking qualified immunity where a stay would be appropriate.

Date:  July 12, 2011