IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01162-WYD-MJW

THREE STARS PRODUCTION COMPANY, LLC, an Oklahoma Limited Liability
Company,

      Plaintiff,

v.

BP AMERICA PRODUCTION COMPANY, f/k/a Amoco Production Company,

      Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Plaintiff's Motion for the Court not to Rely on Matters Raised for the First Time in the Reply of Defendant BP America Production Company in Support Motion Pursuant to Fed.R.Civ.P. 12(b)(7) and Fed.R.Civ.P. 19 or, in the Alternative, Motion for Leave to File a Surreply (ECF No. 22 filed July 15, 2011) is **GRANTED** to the extent it seeks leave to file the Surreply attached to the motion.

      Dated:  July 15, 2011