IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01162-WYD-MJW

THREE STARS PRODUCTION COMPANY, LLC, an Oklahoma Limited Liability Company,

    Plaintiff,

v.

BP AMERICA PRODUCTION COMPANY, f/k/a Amoco Production Company,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Unopposed Motion of Defendant BP America Production Company for Leave to File Response to Plaintiff's Surreply (ECF No. 25 filed July 19, 2011) is **GRANTED**.

    Dated:  July 22, 2011