IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01162-WYD-MJW

THREE STARS PRODUCTION COMPANY, LLC, an Oklahoma Limited Liability Company,

    Plaintiff,

v.

BP AMERICA PRODUCTION COMPANY, f/k/a Amoco Production Company,

    Defendant.

## SUPPLEMENTAL ORDER

THIS MATTER is before the Court on the parties' Stipulated Motion to Correct Scrivener's Error filed January 9, 2012.  Having reviewed the motion and being fully advised in the premises, it is

ORDERED that the Stipulated Motion to Correct Scrivener's Error (ECF No. 43) is **GRANTED**.  The Order of January 6, 2012 (ECF No. 42) is modified through this supplemental Order to reflect that the numerical reference to the oil and gas well involved in this case is "Southern Ute 35-1", not "Southern Ute 53-1" as stated in the January 6, 2012 Order.

    Dated:   January 23, 2012

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief United States District Judge