IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01162-WYD-MJW

THREE STARS PRODUCTION COMPANY, LLC, an Oklahoma Limited Liability Company,

      Plaintiff,

v.

BP AMERICA PRODUCTION COMPANY, f/k/a Amoco Production Company,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      In light of the Order of March 16, 2012, staying this case for an indefinite period of time and to maintain efficiency regarding the Court's docket, the three pending motions in this case are **DENIED WITHOUT PREJUDICE**.  Those motions are (1) "Defendant BP America Production Company's Motion to Dismiss on Tribal Court Comity and Issue Preclusion Grounds Pursuant to Fed. R. Civ. P. 12(b)(1)" (ECF No. 33); (2) "Plaintiff's Motion for Reconsideration of the Court's Order (ECF No. 42) Granting 'Motion for Defendant BP America Production Company Pursuant to Fed. R. Civ. P. 12(b)(7) and Fed. R. Civ. P. 19' (ECF No. 10)" (ECF No. 45); and (3) "Plaintiff's Motion for Leave to File First Amended Complaint Pursuant to Fed.R.Civ.P. 15(a)" (ECF No. 48)  When the stay is lifted the parties may, if appropriate, seek to renew the motions and briefing related to same rather than refiling same.

      Dated:  June 18, 2012