IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01162-WYD-MJW

THREE STARS PRODUCTION COMPANY, LLC, an Oklahoma Limited Liability Company,

    Plaintiff,

v.

BP AMERICA PRODUCTION COMPANY, f/k/a Amoco Production Company,

    Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

THIS MATTER is before the Court on Plaintiff's Uncontested Motion for Administrative Closure Pursuant to D.C.COLO.LCivR 41.2 filed November 30, 2012. Plaintiff seeks to adiministratively close this case, noting that the case has been stayed since March 16, 2012, pending resolution of Farmer Oil and Gas Properties, LLC v. Southern Ute Indian Tribe, Case No. 12-cv-00313-LTB, which case has now been appealed to the Tenth Circuit.  Given that the appeal may take some time to resolve, I agree with Plaintiff that administrative closure is appropriate.  Accordingly, it is

ORDERED that Plaintiff's Uncontested Motion for Administrative Closure Pursuant to D.C.COLO.LCivR 41.2 (ECF No. 71) is **GRANTED**.  In accordance therewith, it is

ORDERED that this case is **ADMINISTRATIVELY CLOSED** pursuant to D.C.COLO.LCivR 41.2, subject to reopening for good cause shown.  Good cause for

reopening the case would include the fact that the appeal of the <u>Farmer</u> case has been resolved.

Dated: December 3, 2012

BY THE COURT:

<u>s/ Wiley Y. Daniel</u>
Wiley Y. Daniel
Chief United States District Judge