IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01162-WYD-MJW

THREE STARS PRODUCTION COMPANY, LLC, an Oklahoma Limited Liability Company,

    Plaintiff,

v.

BP AMERICA PRODUCTION COMPANY, f/k/a Amoco Production Company,

    Defendant.

## ORDER

THIS MATTER is before the Court on Plaintiff's Uncontested Motion to Reopen this Civil Action Pursuant to D.C.COLO.LCivR 41.2 filed December 23, 2013.  The Court, having reviewed the motion and finding good cause for reopening this action,

ORDERS that Plaintiff's Uncontested Motion to Reopen this Civil Action Pursuant to D.C.COLO.LCivR 41.2 (ECF No. 74) is **GRANTED**.  The Clerk of Court shall **REOPEN** the case.

Dated:  December 30, 2013

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              Senior United States District Judge