IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 11-cv-01162-WYD-MJW

THREE STARS PRODUCTION COMPANY, LLC, an Oklahoma Limited Liability Company,

    Plaintiff,

v.

BP AMERICA PRODUCTION COMPANY, f/k/a Amoco Production Company,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Joint Stipulation of Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(1)(A)(ii) filed January 9, 2014. After a careful review of the Stipulation and the file, it is

ORDERED that the Joint Stipulation of Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(1)(A)(ii) (ECF No. 77) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney fees.

Dated: January 9, 2014

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Senior United States District Judge